IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDREA L. MARION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO.: 1:23-CV-5913-MLB-JCF |
| | : | |
| RADIUS GLOBAL SOLUTIONS, LLC, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ANDREA L. MARION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO.: 1:24-CV-3648-MLB-JCF |
| TRANS UNION, LLC, | : | |
| | : | |
| Defendant | : | |

**ORDER**

On April 21, 2025, Plaintiff filed without leave a Second Amended Complaint naming only Trans Union LLC ("Trans Union") as a Defendant in Marion v. Radius Global Solutions LLC, 1:23-cv-05913-MLB-AWH. See Doc. 27. Trans Union, up until Plaintiff's filing of her Second Amended Complaint, had never been a defendant in 1:23-cv-05913-MLB-AWH. See, e.g., Doc. 16. Trans Union has, however, been a defendant from the beginning in another case

1

involving Plaintiff, docketed at 1:24-cv-03648-MLB-AWH.

On April 21, 2025, Plaintiff filed a motion for leave to amend in 1:24-cv-03648-MLB-AWH. See Doc. 21, 1:24-cv-03648-MLB-AWH. A comparison between the original complaint in 1:24-cv-03648-MLB-AWH and the Second Amended Complaint filed in 1:23-cv-5913-MLB-JCF reveals direct and frequent similarities between the two such that the undersigned is satisfied that Plaintiff merely mistakenly filed in 1:23-cv-5913-MLB-JCF an amended complaint she intended to file as an attachment to her motion for leave to amend in 1:24-cv-03648-MLB-AWH. In other words, the undersigned believes that Plaintiff simply included the wrong case number on her Second Amended Complaint currently appearing on the docket in 1:23-cv-05913-MLB-AWH.

To correct this error, the Clerk is **DIRECTED** to do the following. First, move Doc. 27 from 1:23-cv-05913-MLB-AWH to 1:24-cv-03648-MLB-AWH and include it as an attachment to Plaintiff's motion for leave to amend in the 1:24-cv-03648-MLB-AWH case (Doc. 21). Second, strike Doc. 27, Plaintiff's Second Amended Complaint, from the docket in 1:23-cv-05913-MLB-AWH. Finally, remove the "terminated" label from Radius Global Solutions LLC in 1:23-cv-05913-MLB-AWH and remove Trans Union LLC as a defendant in that case.

It is so **ORDERED** this 24th day of April, 2025.

_____
Anna W. Howard
United States Magistrate Judge